IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:13-cv-691-TMH-WC |
| KIM TOBIAS THOMAS, *et al.*, | ) |
| Defendants. | ) |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 11) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that Commissioner Kim Thomas is dismissed as a respondent; and this case is referred back to the Magistrate Judge for additional proceedings.

Done this 21st day of November, 2013.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE