IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES L. ROBINSON, #121 865, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:13-CV-691-WHA |
| | ) | [WO] |
| | ) | |
| | ) | |
| MARY COOKS, WARDEN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**<u>ORDER</u>**

On May 18, 2016, the Magistrate Judge filed a Recommendation in this case that the court deny and dismiss the petition for habeas corpus relief filed in this action. (Doc. No. 35). No timely objection has been filed. Upon an independent and *de novo* review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED and ADJUDGED that:

1. The Recommendation of the Magistrate Judge (Doc. No. 35) is ADOPTED;

2. The petition for habeas relief filed by Petitioner James Robinson is DENIED and DISMISSED with prejudice as the issue in this petition was previously decided adversely to Petitioner by this court in *Robinson v. Womble, et al.*, Civil Action No. 1:14-CV-112-MHT (M.D. Ala. 2014);

3. To the extent Petitioner challenges his convictions and sentences entered against him by the Circuit Court for Houston County in May of 1999, the petition is DISMISSED without prejudice under 28 U.S.C. § 2244(b)(3)(A) as Petitioner has failed to obtain the requisite order

from the Eleventh Circuit Court of Appeals authorizing this court to consider his successive habeas application.

Final Judgment will be entered accordingly.

DONE this 16th day of June, 2016.

                                             /s/     W. Harold Albritton
                                     SENIOR UNITED STATES DISTRICT JUDGE